[No. 6144-1. Division One. April 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME
C. ELLIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82147, William C. Goodloe, J., entered
December 8, 1977. *Affirmed in part* and *remanded* by
unpublished opinion per Andersen, J., concurred in by
Farris and Ringold, JJ.

[No. 6153-1. Division One. April 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. OTIS
LEE CRUMB, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82339, William C. Goodloe, J., entered
December 9, 1977. *Affirmed* by unpublished opinion per
Dore, J., concurred in by Swanson, A.C.J., and Ringold, J.

[No. 6167-1. Division One. April 16, 1979.]

*In the Matter of the Welfare of*
MICHAEL DWAYNE WILEY.

Appeal from a judgment of the Superior Court for King
County, No. J-73342, Jerome M. Johnson, J., entered
December 12, 1977. *Affirmed* by unpublished opinion per
Swanson, A.C.J., concurred in by Williams and Ringold, JJ.

[No. 6238-1. Division One. April 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
VAN DONGEN, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9597, Byron L. Swedberg, J., entered
December 23, 1977. *Affirmed* by unpublished opinion per
Farris, J., concurred in by Swanson, A.C.J., and Andersen,
J.